IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HOMELAND )<br>SECURITY )<br>)<br>    Defendant )<br>_____ ) | Civil Action No. 1:23-cv-01922-RDM |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Judicial Watch, Inc., is now satisfied with Defendant's response in this FOIA matter. Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, the U.S. Department of Homeland Security, stipulate to the dismissal with prejudice of the above-captioned action. Each side agrees to bear their own attorney's fees and costs.

DATED: October 12, 2023        Respectfully submitted,

| | |
|---|---|
| /s/ *James F. Peterson*<br>JAMES F. PETERSON<br>D.C. Bar No. 450171<br>Judicial Watch, Inc.<br>425 Third Street SW, Suite 800<br>Washington, DC 20024<br>Tel: (202) 646-5175<br>Tel: (202) 646-5199<br>Email: jpeterson@judicialwatch.org<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: */s/ Sam Escher*<br>    SAM ESCHER, D.C. Bar #1655538<br>    Assistant United States Attorney<br>    601 D Street N.W.<br>    Washington, D.C. 20530<br>    (202) 252-2531<br>    Sam.Escher@usdoj.gov |

2

|  | *Counsel for United States of America* |
|--|--|